**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                      Plaintiff,<br><br>        v.<br><br>FRANCISCO JAVIER RIVERA-LOPEZ,<br><br>                                      Defendant. | Case No. 2:15-cr-313-APG-VCF<br><br>**ORDER**<br><br>(Dkt. #45) |

Pursuant to the USA's Motion to Dismiss (ECF No. 45), the criminal Indictment is DISMISSED as to defendant FRANCISCO JAVIER RIVERA-LOPEZ ONLY.

Dated: May 1, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE